# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRET HENRY KELLER,<br><br>                Petitioner,<br>    v.<br>ISIDRO BACA, et al.,<br><br>                Respondents. | Case No. 3:15-cv-00563-MMD-VPC<br><br>ORDER |

Respondents motion (ECF No. 11) for enlargement of time is granted, and the time to respond to the petition is extended up to and including November 21, 2016.

DATED THIS 11th day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE