UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRET HENRY KELLER, | Case No. 3:15-cv-00563-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, respondents' second motion for enlargement of time to file their reply (ECF No. 34) is granted *nunc pro tunc* to December 15, 2017. Respondents will have up to and including December 18, 2017, within which to file their reply to petitioner's response to their motion to dismiss.

DATED THIS 18th day of December 2017.

_____  
MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE