UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BRET HENRY KELLER, | Case No. 3:15-cv-00563-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

On February 13, 2018, the Court granted Respondents' motion to dismiss in part and, finding that the petition is mixed, directed petitioner to either abandon his unexhausted claims, move to dismiss the entire petition, or file a motion to stay and abey within thirty days of the date of the Court's Order. (ECF No. 41.)

On May 10, 2018, the Court received a letter from Petitioner indicating that he had filed a motion to stay and abey but that he had not received any decision from the Court. (ECF No. 42.) Petitioner is advised that the Court has not received any response to its February 13, 2018 Order from Petitioner, including any motion to stay.

It is therefore ordered that Petitioner file a response to the Court's February 13, 2018 Order, including by motion to stay and abey if he so elects, within fifteen days of the date of this Order. Petitioner's failure to respond to the Court's Order may result in dismissal of his habeas petition without prejudice.

DATED THIS 10th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE