# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRET HENRY KELLER,<br><br>       Petitioner,<br> v.<br>ISIDRO BACA, *et al.*,<br><br>       Respondents. | Case No. 3:15-cv-00563-MMD-CBC<br><br>ORDER |

  Petitioner's motion for enlargement of time (ECF No. 57) is granted. Petitioner will have until October 12, 2018, to make an election with respect to his mixed petition.

  DATED THIS 21st day of September 2018.

                     _____
                     MIRANDA M. DU
                     UNITED STATES DISTRICT JUDGE