# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRET HENRY KELLER,<br><br>  Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>  Respondents. | Case No. 3:15-cv-00563-MMD-CBC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 61) is granted. Respondents will have until January 22, 2019, to file an answer to the remaining claims of the Petition in this case.

DATED THIS 7th day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE