UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRET HENRY KELLER,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00563-MMD-CBC<br><br>ORDER |

Respondents' second motion for enlargement of time (ECF No. 63) is granted. Respondents will have until February 26, 2019, to file an answer to the remaining claims of the Petition in this case.

DATED THIS 24th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE