# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRET HENRY KELLER,<br><br>               Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>               Respondents. | Case No. 3:15-cv-00563-MMD-CBC<br><br>ORDER |

Respondents' third motion for enlargement of time (ECF No. 65) is granted. Respondents will have until March 19, 2019, to file an answer to the remaining claims of the Petition in this case.

DATED THIS 27th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE