# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRET HENRY KELLER,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:15-cv-00563-MMD-CBC<br><br>ORDER |

Respondents' fourth motion for enlargement of time (ECF No. 67) is granted. Respondents will have until March 22, 2019, to file an answer to the remaining claims of the Petition in this case.

DATED THIS 19th day of March 2019.

　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE